# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JUSTIN USADEL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARMOUR COATINGS INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 19-CV-788-JPS<br><br>**ORDER** |

　　　　On January 6, 2020, the parties filed a joint stipulation dismissing with prejudice Plaintiff's first claim for relief, brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and dismissing without prejudice the balance of Plaintiff's claims, all brought under Wisconsin state law. (Docket #15). The agreed dismissal is without costs or fees awarded to either party. *Id.* The Court herewith adopts the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**. Plaintiff's FLSA claim (Docket #1 at 21–23) be and the same is hereby **DISMISSED with prejudice** and Plaintiff's state law claims (Docket #1 at 23–28) be and the same are hereby **DISMISSED without prejudice**; and

　　　　**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 7th day of January, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge